People v Wilson (2025 NY Slip Op 01244)

People v Wilson

2025 NY Slip Op 01244

Decided on March 5, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 5, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
WILLIAM G. FORD
JANICE A. TAYLOR
JAMES P. MCCORMACK, JJ.

2022-10098
 (Ind. No. 70680/21)

[*1]The People of the State of New York, respondent,
v
James Wilson, appellant.

Bruce R. Bekritsky, Carle Place, NY, for appellant.
Anne T. Donnelly, District Attorney, Mineola, NY (David L. Glovin and John B. Latella III of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the County Court, Nassau County (Howard E. Sturim, J.), rendered September 23, 2022, convicting him of promoting prison contraband in the second degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
The defendant failed to preserve for appellate review his contention that his plea of guilty was not knowing, voluntary, and intelligent, since he did not move to withdraw his plea on this ground or otherwise raise this issue before the County Court (see CPL 470.05[2]; People v Abbott, 203 AD3d 840, 841). In any event, contrary to the defendant's contention, the record affirmatively demonstrates that the defendant's plea of guilty was knowingly, voluntarily, and intelligently entered (see People v Galicia, 231 AD3d 851, 852; People v Osorio-Rivera, 191 AD3d 902; see generally People v Conceicao, 26 NY3d 375, 382-383).
Since the defendant raises no other issues on appeal, his contentions regarding the validity of his appeal waiver are academic (see People v Galicia, 231 AD3d at 852).
IANNACCI, J.P., FORD, TAYLOR and MCCORMACK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court